DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Puerto Rico

|  |  |  |
|---|---|---|
| **Jessica Rivera, et al** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No.   14-cv-1469 SEC |
| **Puerto Rico Electric Power Authority, et al** | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Puerto Rico Electric Power Authority

P.O. Box 364267, San Juan, Puerto Rico 00936-4267

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michelle Annet Ramos-Jiménez

239 Arterial Hostos Avenue, Suite 401, San Juan, Puerto Rico 00918

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

6/16/2014

Date: 6/13/2014

José Arroyo
Deputy Clerk

*Signature of Clerk or Deputy Clerk*

COPY